UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>   Plaintiff,<br>   v.<br><br>GONZALEZ, et al.,<br><br>   Defendants. | Case No.: 1:11cv01803 AWI DLB (PC)<br><br>ORDER GRANTING THE PARTIES' STIPULATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(Document 28) |

Plaintiff Brent Adler ("Plaintiff") is a former California state prisoner. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 17, 2013, Defendants and Plaintiff filed a stipulation to modify the Discovery and Scheduling Order.

GOOD CAUSE APPEARING, the stipulation is GRANTED. The discovery deadline is extended to January 7, 2014, and Defendants shall have until January 7, 2014, to take Plaintiff's

1

deposition.  Defendants shall have until January 14, 2014, to file any motions associated with taking Plaintiff's deposition.

IT IS SO ORDERED.

Dated:   **December 18, 2013**                      /s/ Dennis L. Beck
                                                 UNITED STATES MAGISTRATE JUDGE