UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER, | ) Case No.: 1:11cv01803 AWI DLB (PC) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S |
| v. | ) REQUEST TO EXTEND DISCOVERY |
| GONZALEZ, et al., | ) (Document 30) |
| Defendants. | ) |

Plaintiff Brent Adler ("Plaintiff") is a former California state prisoner.  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The discovery cut off is currently January 7, 2014.

On January 6, 2014, Plaintiff filed a motion to extend time for discovery.

A scheduling order "may be modified only for good cause," and by leave of court.  Fed. R. Civ. P. 16(b)(4).  Here, Defendants only recently filed their initial disclosures due to their Motion for Reconsideration of the July 29, 2013, Discovery and Scheduling Order.  The Motion for Reconsideration was denied on November 19, 2013.

Plaintiff states that he received the disclosures on December 13, 2013, and therefore requires an extension of the January 7, 2014, discovery deadline.

1

Defendants' Motion for Reconsideration effectively halted discovery for the three months that it was pending. Accordingly, good cause exists for an extension of the discovery deadline and Plaintiff's motion is GRANTED. The Court sets the following deadlines:

Discovery Cut-Off: March 7, 2014

Dispositive Motion Filing Deadline: April 22, 2014

IT IS SO ORDERED.

Dated:   **January 9, 2014**                    /s/ Dennis L. Beck
                                                UNITED STATES MAGISTRATE JUDGE