# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>    Plaintiff,<br><br>  v.<br><br>GONZALEZ, et al.,<br><br>    Defendants. | Case No.: 1:11cv01803 AWI DLB (PC)<br><br>ORDER GRANTING THE PARTIES' STIPULATION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(Document 32) |

    Plaintiff Brent Adler ("Plaintiff") is a former California state prisoner. Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On February 24, 2014, Defendants and Plaintiff filed a stipulation to modify the Discovery and Scheduling Order. GOOD CAUSE APPEARING, the stipulation is GRANTED. The deadline for

1

Defendants to respond to Plaintiff's written discovery is March 19, 2014.  The discovery deadline, for the limited purpose of filing motions to compel responses to discovery, is extended to March 28, 2014.

IT IS SO ORDERED.

    Dated: __**February 25, 2014**__          /s/ *Dennis L. Beck*
                                                                             UNITED STATES MAGISTRATE JUDGE