UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GONZALEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:11cv01803 AWI DLB (PC)<br><br>ORDER GRANTING THE PARTIES' STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Document 36) |

　　　　Plaintiff Brent Adler ("Plaintiff") is a former California state prisoner.  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 6, 2014, Defendants and Plaintiff filed a stipulation to extend the time for Plaintiff to file an opposition to Defendants' motion for summary judgment.  GOOD CAUSE APPEARING, the stipulation is GRANTED.  Plaintiff SHALL file an opposition to Defendants' April 22, 2014, motion for summary judgment by May 22, 2014.

IT IS SO ORDERED.

　　Dated:　__**May 8, 2014**__　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1