# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>        Plaintiff,<br><br>    vs.<br><br>GONZALEZ, et al.,<br><br>        Defendants. | 1:11cv01803 AWI DLB PC<br><br>ORDER EXTENDING DISPOSITIVE<br>MOTION DEADLINE SIXTY DAYS |

       Plaintiff Brent Adler ("Plaintiff") is a former California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The action is proceeding on Plaintiff's October 28, 2011, complaint against Defendants Gonzalez, Zanchi, Peterson, Cannon, Wallace, Foster, Karlow, Stanford, Sampson and Snyder for denial of access to the courts in violation of the First Amendment.

       Defendants filed a motion for summary judgment on April 22, 2014. By Findings and Recommendations issued concurrently with this order, the Court recommended that the motion be granted.

       However, Defendants' motion only addressed two of the three instances of denial of access to the courts alleged by Plaintiff in his complaint.

1

The Court's January 18, 2013, screening order did not include an analysis of Plaintiff's claims. Rather, because there were no claims to dismiss, the Court simply found that Plaintiff stated a First Amendment claim for denial of access to the courts and ordered Plaintiff to return service documents.

Reviewing his complaint, there appear to be three instances where he alleges a denial. While Defendants' motion for summary judgment addressed two, it did not address Plaintiff's claim that he was denied access during the time a motion for reconsideration could have been filed in the Ninth Circuit. Plaintiff alleges that this resulted in an untimely motion for reconsideration. ECF No. 1, at 25-27.

Therefore, in light of the lack of specificity in the screening order, the Court finds that permitting Defendants additional time to bring a pretrial dispositive motion on the remaining third claim would be the best use of the Court's and parties' resources.

Accordingly, the Court GRANTS Defendants sixty (60) days from the date of service of this order within which to bring a pretrial dispositive motion on the remaining access to courts claim. Plaintiff's opposition shall be due within thirty (30) days of the date of service of any motion, and a reply, if any, will be due within fourteen (14) days.

IT IS SO ORDERED.

Dated:   **August 13, 2014**                        /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE