# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>        Plaintiff,<br><br>    vs.<br><br>GONZALEZ, et al.,<br><br>        Defendants. | 1:11cv01803 AWI DLB PC<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION TO EXTEND DISPOSITIVE<br>MOTION DEADLINE<br><br>(Document 46) |

Plaintiff Brent Adler ("Plaintiff") is a former California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The action is proceeding on Plaintiff's October 28, 2011, complaint against Defendants Gonzalez, Zanchi, Peterson, Cannon, Wallace, Foster, Karlow, Stanford, Sampson and Snyder for denial of access to the courts in violation of the First Amendment.

On August 13, 2014, the Magistrate Judge issued Findings and Recommendations regarding Defendants' motion for summary judgment. Defendants filed objections on September 12, 2014, and the Findings and Recommendations have been submitted to the District Court Judge for review.

On October 13, 2014, Defendants filed a motion to extend the time for filing an additional dispositive motion.

For GOOD CAUSE appearing, the Court GRANTS Defendants' motion and extends the date for filing an additional dispositive motion to sixty (60) days after the District Court's order on the Findings and Recommendations.

IT IS SO ORDERED.

Dated: __October 14, 2014__          /s/ *Dennis L. Beck*
                                  UNITED STATES MAGISTRATE JUDGE