# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT ADLER,<br><br>          Plaintiff,<br><br>     vs.<br><br>GONZALEZ, et al.,<br><br>          Defendants. | 1:11cv01803 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE AS MOOT<br><br>(Document 50) |

     Plaintiff Brent Adler ("Plaintiff") is a former California state prisoner proceeding in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

     On August 13, 2014, the Court issued Findings and Recommendations that Defendants' motion for summary judgment be granted.  The Court also found that Defendants' motion did not address all claims in the complaint.

     Defendants filed objections on September 12, 2014, arguing that the unaddressed claim was not linked to any named Defendant.

     On January 16, 2015, the Court modified in part and adopted the Findings and Recommendations.  The Court granted Defendants' motion for summary judgment on all claims. The case was closed and judgment was entered.

1

On November 10, 2014, while the Findings and Recommendations were pending, Robert Joseph Cruice entered his appearance on behalf of Plaintiff.  Plaintiff also filed a motion for a settlement conference.  Counsel did not reference the pending Findings and Recommendations, or the status of the case.

As this case is now closed, Plaintiff's motion is DENIED AS MOOT.

IT IS SO ORDERED.

   Dated:   **January 21, 2015**          /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE